IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ABC INCORP.,<br><br>**Plaintiff,**<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>**Defendants.** | Civil Action no. 1:25-CV-01654 (PTG/WBP) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF**
***EX PARTE* MOTION TO UNSEAL AND REPLACE PSEUDONYM**

On October 7th", 2025, this Court granted Plaintiff's *ex parte* Motion for Leave to File Docket Under Seal on a showing of good cause detailing how Defendants monitor and subvert lawsuits (ECF no. 31). Upon service of the pleadings with reliable contact information obtained through this Court's expedited discovery order (ECF no. 30) and implementation of the TRO (ECF no. 37) there is no further justification for this case to remain under seal, or for Plaintiff to proceed under a pseudonym.

Therefore, Plaintiff respectfully requests the Court to unseal the ECF docket in this case and change the pseudonym name of Plaintiff, "ABC Incorp." in the case caption with the Plaintiff's true name, "Changzhou Jutai Electronic Co. Ltd."

Date: November 14, 2025                                    Respectfully submitted,

   /s/   *Kendal M. Sheets*
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
Robert B. Cadle (*pro hac vice*)
rcadle@dnlzito.com
Tel: (202) 763-5086

DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

\_\_/s/\_\_Kendal M. Sheets
By:  Kendal M. Sheets
Virginia bar number 44537